# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: District of Arizona

U.S. District Court case number: CV22-00875-PHX-SPL

Date case was first filed in U.S. District Court: May 23, 2022

Date of judgment or order you are appealing: March 15, 2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Brian Houston and Class (punitive class for class action)

Is this a cross-appeal?  ◯ Yes   ⦿ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

7537 East McDonald Drive

City: Scottsdale    State: AZ    Zip Code: 85250

Prisoner Inmate or A Number (if applicable): N/A

**Signature** *[signature]*    **Date** 04/07/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                           *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Brian Houston and Class

Name(s) of counsel (if any):

Daniel Kloberdanz

Address: 7537 East McDonald Drive, Scottsdale, Arizona 85250

Telephone number(s): (480) 624-2700

Email(s): dkloberdanz@bkl-az.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

County of Maricopa; Sheriff Paul Penzone and Jane Doe Penzone

Name(s) of counsel (if any):

Sarah L. Barnes
Danielle N. Chronister
Broening Oberg Woods & Wilson

Address: 2800 North Central Avenue, Suite 1600, Phoenix, Arizona 85004

Telephone number(s): (602) 271-7700

Email(s): slb@bowwlaw.com and dnc@bowwlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                           1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                     2                                      New 12/01/2018