Alex R. Straus (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
astraus@milberg.com

William A. Ladnier (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
wladnier@milberg.com

Andrew Ivchenko (SBN 021145)
**ANDREW IVCHENKO, PLLC**
4960 South Gilbert Road, #1-226
Chandler, Arizona 85249
Telephone: (480) 250-4514
aivchenkopllc@gmail.com

Daniel L. Kloberdanz (SBN 012231)
**KOZUB KLOBERDANZ**
7537 East McDonald Drive
Scottsdale, Arizona 85250
Telephone: (480) 624-2700
dkloberdanz@bkl-az.com
*Attorneys for Plaintiff Brian Houston and the Proposed Class*

**BROENING OBERG WOODS & WILSON PROFESSIONAL CORPORATION**
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
Phone: (602) 271-7700
Sarah L. Barnes /Bar No. 020362
Roshin Bhangoo/Bar No. 039371
E-mail: slb@bowwlaw.com
rsb@bowwlaw.com
*Attorneys for Defendants Maricopa County and (former) Sheriff Paul Penzone*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Brian Houston, a married man; and other persons similarly situated (the Class),

Plaintiffs,

vs.

Maricopa County, Arizona; Paul Penzone, Sheriff of Maricopa County, Arizona and Jane Doe Penzone,

Defendants.

Case No. 2:22-cv-00875-SPL-MTM

**RULE 26(F) REPORT**

Plaintiff Brian Houston ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants Maricopa County and former Sheriff Paul Penzone ("Defendants"), by and through undersigned counsel, respectfully submit this Joint Rule 26(f) Report pursuant to the January 15, 2025, Order (Doc. 55) (the "Order"), issued by the Honorable Michael T. Morrissey, United States District Magistrate Judge. This Report addresses topics identified in the Order.

**1. Counsel who attended the Rule 26(f) Meeting and assisted in developing the Joint Proposed Case Management Report:**

**a. Plaintiff**

Andrew Ivchenko, Daniel L. Kloberdanz, Alex Straus and William Ladnier.

**b. Defendants**

Sarah L. Barnes and Roshin Bhangoo

**2. Service:**

The current Sheriff of Maricopa County, Jerry Sheridan, will be substituted for Paul Penzone pursuant to ARCP 25(d) for the Plaintiff's official capacity claim against the Sheriff.

**3. Statement of the Case:**

The parties provide the following preliminary summary of the elements of the claim alleged and the affirmative defenses asserted. This is not intended to be a complete briefing of all issues; rather it is intended simply to identify and describe the general nature and character of the claims and defenses. Each party reserves the right to assert contentions of law or fact that may vary from this preliminary summary based upon additional research or analysis, developments in the case or developments in applicable law.

**a. Plaintiff's Position**

Plaintiff and the putative Class are persons who have been booked in the Maricopa County jail system and who have had their booking photograph (mugshot), criminal justice record, and other personal, confidential and identifying information (including their name, birthdate, weight, height, hair color and eye color) digitally published by Sheriff Penzone on the official Maricopa County Sheriff's Office Website with the domain name mcso.org.

Plaintiff filed this case with the Arizona District Court on May 23, 2022 (ECF 1). On March 15, 2023, the District Court granted Defendants' Rule 12 Motion to Dismiss and dismissed the Plaintiff's constitutional claims pursuant to an Order and Judgment of Dismissal dated March 15, 2023 (ECF 43). The District Court also declined to accept jurisdiction over Plaintiff's state law claims (ECF 43).

On April 7, 2023, Plaintiff filed an appeal with the Ninth Circuit Court of Appeals of the District Court's dismissal of the constitutional claims. On September 5, 2024, the Ninth Circuit affirmed in part and reversed in part the District Court's dismissal in a published Opinion. *Houston v. County. of Maricopa*, 116 F.4th 935 (9th Cir. 2024).

The Ninth Circuit Panel affirmed the District Court's dismissal of Houston's procedural due process claim and also affirmed the District Court's dismissal of Houston's Sixth Amendment claim.

The panel reversed the District Court's dismissal of Plaintiff's substantive due process claim, which protects pretrial detainees from punishment before adjudication of guilt. The panel held that Plaintiff had sufficiently stated a claim for substantive due process against Defendants and remanded this matter back to the District Court.

**b. Defendants' Position**

The sole claim in this case is Plaintiff's substantive due process claim. Defendants assert that no violation of substantive due process occurred, as the publication of the mugshot(s) at issue on the MCSO website does not constitute pre-trial punishment, and Defendants deny they violated any constitutional rights of Plaintiff or any purported class of plaintiffs. Defendants also assert this matter is not certifiable as a class action as Plaintiff's "putative class" does not satisfy the requisite elements of Rule 23 of the Federal Rules of Civil Procedure. Defendants further incorporate all defenses and affirmative defenses from their Answer filed in this case.

**4. Jurisdiction:**

As explained in the Complaint (ECF 1), this Court has subject-matter jurisdiction over this action pursuant to 42 U.S.C. § 1983 (civil rights action) and 28 U.S.C. § 1331 (arising under the Constitution). This Court may grant relief under 28 U.S.C. §§ 2201-02 (declaratory relief); Federal Rules of Civil Procedure Rule 65 (injunctive relief) and Rule 23 (class action); and the Fourteenth Amendment of the United States Constitution. Venue is proper in the federal District of Arizona pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims (including the Class members' claims) occurred in the District of Arizona. Defendants again contest that this matter is or should be properly certified as a class action.

**5. Additions and Amendments:**

Plaintiff does not expect to amend his complaint at this time, subject to the results of discovery. The current Sheriff of Maricopa County, Jerry Sheridan, should be substituted in for Defendant Paul Penzone, pursuant to ARCP 25(d), in regard to Plaintiff's official capacity claim against the Sheriff of Maricopa County.

**6. Forthcoming Motions:**

Although Plaintiff filed a Motion for Class Certification on July 13, 2022 (ECF 17), the District Court did not make any rulings on the merits of the class certification. In recognition of the Ninth Circuit Court of Appeals' ruling in *Houston v. County. of Maricopa*, 116 F.4th 935 (9th Cir. 2024), Plaintiff will withdraw his Motion for Class Certification, and intends to refile it at a later date tailored to the current posture of the case, and pending additional discovery. Defendants again contest that this matter is or

should be properly certified as a class action. Defendants further anticipate possible future motions regarding experts and dispositive motions.

**7. Related Cases:**

This Court should be aware that there is currently pending a state court action in Maricopa County Superior Court (*Houston v. Maricopa County, et al.*, Arizona Superior Court, Case No. CV2023-051342) which was filed by Houston after the District Court declined to accept jurisdiction over the state law claims alleged by Houston in the original District Court complaint. Currently, the remaining claims in the state court action are a false light invasion of privacy tort claim and a substantive due process claim alleged under the Arizona Constitution. There is also a motion to certify the class pending in the state court action. The state court action arises from the same set of operative allegations as this case.

Attorney Kloberdanz also represents Julie Levitch, who is the plaintiff in *Levitch v. County of Maricopa et. al.*, Case No. CV- 01418-PHX-DLR (JZB). Levitch alleges similar constitutional claims relating to Maricopa County's publication of her mugshot and personal information on the mcso.org website. The *Levitch* case is currently on appeal in the Ninth Circuit Court of Appeals after the District Court's dismissal of her constitutional claims.

**8. Discovery Limitations:**

Plaintiff: None at this time.

Defendants: Defendants propose that fact witness depositions in this case, aside from parties, be limited to five (5) hours. Defendants also propose that there should be the

following presumptive limitations on discovery: 25 Interrogatories per side; 15 Requests for Production per side; 15 Requests for Admission per side; and 20 depositions per side.

**9. Electronically Stored Information:**

None at this time. Plaintiff is prepared to submit a proposed ESI protocol and proposed confidentiality order largely consistent with model orders recommended by courts in the Ninth Circuit for review by Defendant at this Court's direction. Defendants do not yet anticipate any issues with ESI but reserve any and all applicable objections depending on Plaintiff's proposal and/or requests.

**10. Request for Jury Trial:**

The Parties request a trial by jury.

**11. Trial:**

The Parties respectively submit to this Court that they are not in a position to request a trial date until this Court rules on the Class Certification issues and at least some discovery has been completed. However, the Parties currently anticipate a seven (7) day jury trial to begin no sooner than June 29,2026.

**12. Case Management Deadlines:**

Defendants propose the following case management deadlines, but reserve their right to approach the Court to alter these deadlines as warranted after this Court makes a ruling on the anticipated class certification. Plaintiffs propose that these deadlines cannot be reasonably determined until the Court first makes a ruling on whether or not this matter can proceed as a class action and believe that all of these deadlines need to be moved further out in time. Defendants propose the following:

A. Mandatory initial disclosures: **March 17, 2025**

B. Motions to amend the pleadings: **April 17, 2025**;

C. Service of discovery requests: **August 18, 2025**;

D. Fact witness depositions: **November 21, 2025**;

E. Close of fact discovery: **January 23, 2026**;

F. Expert witness disclosures:

1. Plaintiff's expert disclosure: **September 12, 2025**;

2. Defendants' expert disclosure: **October 30, 2025;**

3. Rebuttal expert disclosure: **December 1, 2025;**

G. Expert witness depositions: **January 16, 2026**;

H. Discovery-related motions: **February 20, 2026**;

I. Good-faith settlement discussions: **February 20, 2026**;

J. Dispositive motions: **March 30, 2026.**

**13. Ancillary Matters:**

The Parties are not aware of any other issues which they believe should be brought to the Court's attention, or that were unable to be resolved at this Rule 26(f) meeting.

RESPECTFULLY SUBMITTED this 13th day of February 2025.

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: /s/ Alex R. Straus
Alex R. Straus (*admitted pro hac vice*)
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
astraus@milberg.com

William A. Ladnier (*admitted pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
wladnier@milberg.com

**ANDREW IVCHENKO, PLLC**

By: /s/ Andrew Ivchenko
Andrew Ivchenko (SBN 021145)
4960 South Gilbert Road, #1-226
Chandler, Arizona 85249

**KOZUB KLOBERDANZ**

By: /s/ Daniel L. Kloberdanz
Daniel L. Kloberdanz (SBN 012231)
7537 East McDonald Drive
Scottsdale, Arizona 85250
*Attorneys for Plaintiff Brian Houston and Proposed Class*

-and-

**BROENING OBERG WOODS & WILSON ROFESSIONAL CORPORATION**

By: /s/ Sarah L. Barnes
Sarah L. Barnes /Bar No. 020362
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
Phone: (602) 271-7700
Sarah L. Barnes /Bar No. 020362
Roshin Bhangoo/Bar No. 039371
E-mail: slb@bowwlaw.com
rsb@bowwlaw.com
*Attorneys for Defendants Maricopa County and (former) Sheriff Paul Penzone*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sarah L. Barnes, Esq.
Broening Oberg Woods &Wilson
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004

Roshin Bhangoo, Esq.
Broening Oberg Woods &Wilson
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004

*Counsel for Defendants Maricopa County and Sheriff Paul Penzone*

By: */s/ Daniel L. Kloberdanz*