LAW OFFICES
**Broening Oberg Woods & Wilson**
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004-1047
TELEPHONE: (602) 271-7700

Sarah L. Barnes, #020362
slb@bowwlaw.com
Roshin S. Bhangoo, #039371
rsb@bowwlaw.com

Attorneys for Defendants Maricopa County and
Sheriff Paul Penzone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Houston,<br><br>                        Plaintiff,<br><br>vs.<br><br>Maricopa County, *et al.*,<br><br>                        Defendants. | No. 22-CV-00875-SPL-MTM<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

Defendants Maricopa County and Sheriff Jerry Sheridan (collectively, "Defendants"), through undersigned counsel, has this date provided Defendants Maricopa County's and Sheriff Jerry Sheridan's First Set of Non-Uniform Interrogatories to Plaintiff and Defendants Maricopa County's and Sheriff Jerry Sheridan's First Set of Requests for Production to Plaintiff to:

    Alex R. Straus
    Milberg Coleman Bryson Phillips Grossman, PLLC
    280 S. Beverly Drive, PH Suite
    Beverly Hills, California 90212
    astraus@milberg.com

    William A. Ladnier
    Milberg Coleman Bryson Phillips Grossman, PLLC
    800 Gay Street, Suite 1100
    Knoxville, Tennessee 37929
    wladnier@milberg.com

```
 1    Andrew Ivchenko
      Andrew Ivchenko, PLLC
 2    4960 South Gilbert Road, #1-226
      Chandler, Arizona 85249
 3    aivchenkopllc@gmail.com

 4    Daniel L. Kloberdanz
      Kozub Kloberdanz
 5    7537 East McDonald Drive
      Scottsdale, Arizona 85250
 6    dkloberdanz@bkl-az.com

 7    Attorneys for Plaintiffs Brian Houston and Putative Class

 8    DATED this 18th day of August, 2025.

 9                                    BROENING OBERG WOODS & WILSON, P.C.

10                              By    /s/ Roshin S. Bhangoo
11                                    Sarah L. Barnes
                                      Roshin S. Bhangoo
12                                    2800 North Central Avenue
                                      Suite 1600
13                                    Phoenix, Arizona 85004-1047
                                      Telephone: (602) 271-7700
14                                    Attorneys for Defendants Maricopa County
                                      and Sheriff Paul Penzone
15

16

17

...

26
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2025 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alex R. Straus
Milberg Coleman Bryson Phillips Grossman, PLLC
280 S. Beverly Drive, PH Suite
Beverly Hills, California 90212
astraus@milberg.com

William A. Ladnier
Milberg Coleman Bryson Phillips Grossman, PLLC
800 Gay Street, Suite 1100
Knoxville, Tennessee 37929
wladnier@milberg.com

Andrew Ivchenko
Andrew Ivchenko, PLLC
4960 South Gilbert Road, #1-226
Chandler, Arizona 85249
aivchenkopllc@gmail.com
Attorneys for Plaintiffs Brian Houston and Putative Class

Daniel L. Kloberdanz
Kozub Kloberdanz
7537 East McDonald Drive
Scottsdale, Arizona 85250
dkloberdanz@bkl-az.com
Attorneys for Plaintiffs Brian Houston and Putative Class

/s/ J. Proffitt

3